UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL NO. 3:14-CR-44-GNS-1

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.

CHRISTOPHER HISLE                                                                         DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant Christopher Hisle's Motion to Proceed In Forma Pauperis. (DN 60). For the reasons stated herein, the motion is **DENIED**.

### I.     BACKGROUND

On November 14, 2014, Hisle pleaded guilty to four counts in the superseding indictment in this case. (Plea Agreement, DN 34). On March 31, 2015, the Court entered judgment against Hisle and sentenced him to 180 months as to Counts Two through Four and 120 months as to Count One, all to run concurrently for a total of 180 months. (J., DN 42).

On July 9, 2015, the Court granted the United States' Motion for Restitution (DN 44) in the amount of $213,440. (Mem. Op. & Order, DN 51 at 4). On August 10, 2015, Hisle filed a notice of appeal from the Court's July 9, 2015 Memorandum Opinion and Order. (Notice of Appeal, DN 52). On October 27, 2015, Hisle filed his Motion to Proceed In Forma Pauperis. (Mot. to Proceed In Forma Pauperis).

## II.  DISCUSSION

The Court may allow an indigent defendant to proceed in forma pauperis, *i.e.*, without prepayment of fees, provided that such person provide an affidavit disclosing his or her assets with a statement that the person is unable to pay the fees. 28 U.S.C. § 1915(a)(1). In order to proceed in forma pauperis on appeal, the affidavit must also contain a statement of the issues "that the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(c). Under this additional requirement, the Court must also ascertain the merits of the appeal. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

In this case, Hisle has not included in his affidavit a statement of the issues he intends to pursue on appeal. (Hisle Aff., DN 60-1). Accordingly, he is not in compliance with Federal Rule of Appellate Procedure 24, and his motion must be denied.

## III.  CONCLUSION

For the foregoing reasons, **IT IS HEREBY ORDERED** that Hisle's Motion to Proceed In Forma Pauperis (DN 60) is **DENIED**.

**Hisle must either pay the $505.00 appellate filing fee to the Clerk of the District Court within 30 days of entry of this Order or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit within 30 days after service of this Order in accordance with Fed. R. App. P. 24(a)(5).** *See Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997). Should Hisle choose to pay the full $505.00 appellate filing fee rather than file a motion to proceed on appeal *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit, payment must be made payable to **Clerk, U.S. District Court** and sent to the following address:

United States District Court
Western District of Kentucky
106 Gene Snyder Courthouse
601 West Broadway
Louisville, KY 40202

Failure to pay the $505.00 filing fee or to file an application to proceed on appeal *in forma pauperis* with the United States Court of Appeals for the Sixth Circuit within 30 days may result in dismissal of the appeal. A copy of this Order is being sent to the United States Court of Appeals for the Sixth Circuit. *See* Fed. R. App. P. 24(a)(4).

                                                                                   **Greg N. Stivers, Judge**
                                                                         **United States District Court**
                                                                                November 23, 2015

cc:     counsel of record
           Christopher Hisle
           Clerk, U.S. Court of Appeals for the Sixth Circuit