Case No. 3:14-CR-44-1-GNS

Dear Clerk:

I am the defendant in the above cited matter. I have moved. Please update my address to show it as:

Christopher Hisle
No. 15562-033
Cardinal Unit
Federal Medical Center
PO Box 14500
Lexington, KY. 40512-4500

I thank you for your time & ask that you send an updated docket sheet to me.

Sincerely,



FILED
JAMES J. VILT, JR. - CLERK

FEB - 4 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Chris Hisle #15562033
Federl Medical Center Lexington
P.O Box 14500
Lexington, Ky 40512

FILED
JAMES J. VILT, JR. - CLERK

FEB – 4 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-222731

LEXINGTON KY 405

2 FEB 2022   PM 3  L

FOREVER / USA

⇔15562-033⇔
Clerk U S Dist Court
106 G. Snyder US Crthouse
601 W Broadway
Louisville, KY 40202
United States